IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID CHRISTMAN,**

        Petitioner,

  vs.                                    Civil Action 2:06-CV-425
                                                  **Judge Holschuh**
                                                  **Magistrate Judge King**

**JEFFREY WOLFE, Warden,**

        Respondent.

<u>**ORDER**</u>

        On August 2, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.[1]

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to §2244(b)(3)(A).

Date: August 18, 2006                              **/s/ John D. Holschuh**
                                                               John D. Holschuh, Judge
                                                               United States District Court

---

[1] On August 14, 2006, petitioner filed a motion, apparently directed to the Sixth Circuit, asking for permission to file a successive petition. Doc. No. 6.